CITY OF NEW YORK, Respondent, v KRIS GOUNDEN, Defendant. POSR A. POSR, Nonparty Appellant.

Decided March 24, 2016

Appeal, insofar as taken from the March 2015 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the action within the meaning of the Constitution; appeal, insofar as taken from the August 2015 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that appellant is not a party aggrieved (*see* CPLR 5511).

CONCERNED HOME CARE PROVIDERS, INC., Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Decided March 24, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

KIERAN G. CUNNINGHAM et al., Appellants, v SECURITY MUTUAL INSURANCE COMPANY, Respondent.

Decided March 24, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies from the order of County Court affirming the Ithaca City Court judgment (*see* NY Const, art VI, § 3 [b]; CPLR 5601).